IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | MISC NO. _____<br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)<br><br>Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC.,<br><br>Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION)<br><br>Civil Action No. 2:07-cv-511 (CE) |

## GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS BY SRA, LLC AND ALTITUDE CAPITAL PARTNERS, L.P. PURSUANT TO RULE 45 SUBPOENAS

Pursuant to Fed. R. Civ. Proc. 45, Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc., and Lycos, Inc. (collectively "Movants") respectfully move this Court to issue the attached order compelling SRA, LLC and Altitude Capital Partners, L.P. to produce all documents responsive to Movants' *subpoenae duces tecum* (Exh. A & B to the Declaration of

Gregory R. Booker In Support of Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc., and Lycos, Inc.'s Motion to Compel the Production of Documents by Third Parties SRA, LLC, and Altitude Capital Partners, L.P. Pursuant to Rule 45 Subpoenas).

Movants' reasons and arguments in support of this motion are detailed in the attached Opening Brief In Support of Google Inc., AOL, LLC, Yahoo! Inc., IAC Search & Media, Inc., and Lycos, Inc.'s Motion To Compel Production of Documents by SRA, LLC and Altitude Capital Partners, L.P. Pursuant to Rule 45 Subpoenas.

### Local Rule 7.1.1 Certification

Pursuant to D. Del LR 7.1.1, Movants certify that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion.

Dated: February 11, 2009          Respectfully submitted,

By: /s/ Gregory R. Booker
Raymond N. Scott, Jr. (#4949)
Gregory R. Booker (#4784)
FISH & RICHARDSON PC
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Fax: (302) 0607
Email: rqs@fr.com
grb@fr.com

Attorneys for Movants GOOGLE INC. and AOL LLC

By: /s/ Maryellen Noreika
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
Telephone: 302-658-9200
Fax: 302-658-3989
Email: mnoreika@mnat.com

Attorneys for Movant YAHOO! INC.

By: /s/ Jeffrey L. Moyer
Jeffrey L. Moyer (# 3309)
Anne Shea Gaza (# 4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: moyer@rlf.com
Email: gaza@rlf.com

Of counsel:

Claude M. Stern
Jennifer A. Kash
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Attorneys for Movants IAC SEARCH & MEDIA, INC.
and LYCOS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by FEDEX on the following counsel for SRA, LLC, and Altitude Capital Partners, L.P. on February 11, 2009.

>Lee Landa Kaplan
>Smyser Kaplan & Veselka
>700 Louisiana St., Suite 2300
>Houston, TX  77002
>Telephone:  (713) 221-2300
>Fax:  (713) 221-2320
>Email:  lkaplan@skv.com
>
>(for SRA, LLC)
>
>Andrew W. Hayes
>Hayes & Maloney LLP
>1 Rockefeller Plaza, Suite 1005
>New York, N.Y.  10020-2075
>Telephone:  212-554-3120
>Fax:  (212) 554-3121
>
>(for Altitude Capital Partners, L.P.)

>/s/ Gregory R. Booker
>Gregory R. Booker