IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL, LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | MISC NO. _____<br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)<br><br>Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC.,<br><br>Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION)<br><br>Civil Action No. 2:07-cv-511 (CE) |

## GOOGLE INC.'s CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Google Inc., states that:

Google Inc. has no parent company.

No publicly traded company owns more than 10% of Google Inc. stock.

Dated: February 11, 2009                      Respectfully submitted,

By: /s/ Gregory R. Booker
Raymond N. Scott, Jr. (#4949)
Gregory R. Booker (#4784)
FISH & RICHARDSON PC
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Fax: (302) 652-0607
Email: rqs@fr.com
grb@fr.com

Attorneys for Movant Google Inc.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by FEDEX on the following counsel for SRA, LLC, and Altitude Capital Partners, L.P. on February 11, 2009:

    Lee Landa Kaplan
    Smyser Kaplan & Veselka, L.L.P.
    700 Louisiana Street, Suite 2300
    Houston, TX 77002
    Telephone: (713) 221-2300
    Fax: (713) 221-2320
    Email: lkaplan@skv.com

    (for SRA, LLC)

    Andrew W. Hayes
    Hayes & Maloney LLP
    1 Rockefeller Plaza, Suite 1005
    New York, NY 10020-2075
    Telephone: (212) 554-3120
    Fax: (212) 554-3121

    (for Altitude Capital Partners, L.P.)

/s/ Gregory R. Booker
Gregory R. Booker