IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL, LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>               Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>               Defendants. | MISC NO. _____<br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)<br><br>Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC.,<br><br>               Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION)<br><br>Civil Action No. 2:07-cv-511 (CE) |

**AOL LLC's CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, AOL LLC states that:

AOL LLC is a subsidiary of AOL Holdings LLC, which is a subsidiary of TW AOL Holdings Inc., which is a subsidiary of Time Warner Inc. Time Warner Inc. owns 10% or more of TW AOL Holdings Inc.

Dated: February 11, 2009          Respectfully submitted,

By: /s/ Gregory R. Booker
Raymond N. Scott, Jr. (#4949)
Gregory R. Booker (#4784)
FISH & RICHARDSON PC
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Fax: (302) 652-0607
Email: rqs@fr.com
grb@fr.com

Attorneys for Movant AOL LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by FEDEX on the following counsel for SRA, LLC, and Altitude Capital Partners, L.P. on February 11, 2009:

>Lee Landa Kaplan
>Smyser Kaplan & Veselka, L.L.P.
>700 Louisiana Street, Suite 2300
>Houston, TX 77002
>Telephone: (713) 221-2300
>Fax: (713) 221-2320
>Email: lkaplan@skv.com
>
>(for SRA, LLC)
>
>Andrew W. Hayes
>Hayes & Maloney LLP
>1 Rockefeller Plaza, Suite 1005
>New York, NY 10020-2075
>Telephone: (212) 554-3120
>Fax: (212) 554-3121
>
>(for Altitude Capital Partners, L.P.)

/s/ Gregory R. Booker
Gregory R. Booker