IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL, LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>                             Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>                             Defendants. | MISC NO. _____<br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)<br><br>Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>                             Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC.,<br><br>                             Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION)<br><br>Civil Action No. 2:07-cv-511 (CE) |

<u>YAHOO! INC.'s CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Yahoo! Inc. has no parent corporation and that no publicly traded corporation owns ten percent or more of Yahoo! Inc.'s stock.

Dated: February 11, 2009

Respectfully submitted,

By: /s/ Maryellen Noreika
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
Telephone: 302-658-9200
Fax: 302-658-3989
Email: mnoreika@mnat.com

Attorney for Movant Yahoo! Inc.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by FEDEX on the following counsel for SRA, LLC, and Altitude Capital Partners, L.P. on February 11, 2009:

Lee Landa Kaplan
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300
Houston, TX 77002
Telephone: (713) 221-2300
Fax: (713) 221-2320
Email: lkaplan@skv.com

(for SRA, LLC)

Andrew W. Hayes
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, NY 10020-2075
Telephone: (212) 554-3120
Fax: (212) 554-3121

(for Altitude Capital Partners, L.P.)

/s/ Gregory R. Booker
Gregory R. Booker