IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL, LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | MISC NO. _____<br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)<br><br>Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC.,<br><br>Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION)<br><br>Civil Action No. 2:07-cv-511 (CE) |

**IAC SEARCH & MEDIA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, IAC Search & Media, Inc. states that IAC Search & Media, Inc. is a wholly owned subsidiary of IAC/InterActiveCorp., a publicly held corporation which itself has no parent corporation.

Dated: February 11, 2009                                Respectfully submitted,

By: /s/ Jeffrey L. Moyer
    Jeffrey L. Moyer (Bar. No. 3309)
    Anne Shea Gaza (Bar. No. 4093)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701
    Email: moyer@rlf.com
    Email: gaza@rlf.com

    Of counsel:

    Claude M. Stern
    Jennifer A. Kash
    QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
    Email: claudestern@quinnemanuel.com
    Email: jenniferkash@quinnemanuel.com

    Attorneys for Movants IAC SEARCH &
    MEDIA, INC.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by FEDEX on the following counsel for SRA, LLC, and Altitude Capital Partners, L.P. on February 11, 2009:

    Lee Landa Kaplan
    Smyser Kaplan & Veselka, L.L.P.
    700 Louisiana Street, Suite 2300
    Houston, TX 77002
    Telephone: (713) 221-2300
    Fax: (713) 221-2320
    Email: lkaplan@skv.com

    (for SRA, LLC)

    Andrew W. Hayes
    Hayes & Maloney LLP
    1 Rockefeller Plaza, Suite 1005
    New York, NY 10020-2075
    Telephone: (212) 554-3120
    Fax: (212) 554-3121

    (for Altitude Capital Partners, L.P.)

                                     /s/ Gregory R. Booker
                                     Gregory R. Booker