IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL, LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | MISC NO. _____ <br><br> PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) <br><br> Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC., <br><br> Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION) <br><br> Civil Action No. 2:07-cv-511 (CE) |

**LYCOS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Lycos, Inc. states that Lycos, Inc. is a wholly owned subsidiary of Daum Communications Corporation, a publicly held Korean corporation ("KOSDAQ") which itself has no parent corporation.

Dated: February 11, 2009  Respectfully submitted,

By: /s/ Jeffrey L. Moyer
    Jeffrey L. Moyer (Bar. No. 3309)
    Anne Shea Gaza (Bar. No. 4093)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701
    Email: moyer@rlf.com
    Email: gaza@rlf.com

Of counsel:

Claude M. Stern
Jennifer A. Kash
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Attorneys for Movant LYCOS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by FEDEX on the following counsel for SRA, LLC, and Altitude Capital Partners, L.P. on February 11, 2009:

>Lee Landa Kaplan
>Smyser Kaplan & Veselka, L.L.P.
>700 Louisiana Street, Suite 2300
>Houston, TX 77002
>Telephone: (713) 221-2300
>Fax: (713) 221-2320
>Email: lkaplan@skv.com
>
>(for SRA, LLC)
>
>Andrew W. Hayes
>Hayes & Maloney LLP
>1 Rockefeller Plaza, Suite 1005
>New York, NY 10020-2075
>Telephone: (212) 554-3120
>Fax: (212) 554-3121
>
>(for Altitude Capital Partners, L.P.)

/s/ Gregory R. Booker
Gregory R. Booker