# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL, LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | MISC NO _____ <br><br> Pending In The Northern District Of California (San Jose Division) <br> Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC., <br><br> Defendants. | Pending In The Eastern District Of Texas (Marshall Division) <br> Civil Action No. 2:07-cv-511 (CE) |

**DECLARATION OF GREGORY R. BOOKER IN SUPPORT OF GOOGLE INC., AOL, LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS BY THIRD PARTIES SRA, LLC AND ALTITUDE CAPITAL PARTNERS, L.P. <u>PURSUANT TO RULE 45 SUBPOENAS</u>**

I, Gregory R. Booker, declare as follows:

1. I am an attorney at Fish & Richardson PC. I submit this declaration in support of Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc., And Lycos, Inc.'s Motion To Compel The Production Of Documents By Third Parties SRA, LLC, And Altitude Capital Partners, L.P. Pursuant To Rule 45 Subpoenas. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached to this declaration as Exhibit A is a true and correct copy of Movants' Subpoena on SRA, LLC with proof of service.

3. Attached to this declaration as Exhibit B is a true and correct copy of Movants' Subpoena on Altitude Capital Partners, L.P. with proof of service.

4. Attached to this declaration as Exhibit C is a true and correct copy of the Complaint in the Texas Action, *Software Rights Archive, LLC v. Google Inc., et al.*, Case No. 2:07-CV-511 (E.D. Tex., Marshall Division), without its exhibits.

5. Attached to this declaration as Exhibit D is a true and correct copy of the Complaint in the California Action, *Google Inc., et al. v. L. Daniel Egger et al.*, Case No. 5:08-CV-03172 RMW (N. D. Cal., San Jose Division), without its exhibits.

6. Attached to this declaration as Exhibit E is a true and correct copy of Defendants' Motion to Dismiss, Transfer, or Stay, Docket No. 42 in the California Action, without its exhibits.

7. Attached to this declaration as Exhibit F is a true and correct copy of the cover page and pages 8 and 9 of Software Rights Archive, LLC's Objections and Responses to Defendants' First Set of Common Interrogatories (nos. 1-9).

8. Attached to this declaration as Exhibit G is a true and correct copy of pages 1-4 and 28 of a presentation entitled "Venture Funded IP Litigation Funds (VFLP-IP) What Who How" as downloaded from *www.wipla.org/files/events/2008-09-16%20Presentation%20Notes.pdf.*

9. Attached to this declaration as Exhibit H is a true and correct copy of the webpage *http://altitudecp.com/firm.html* as downloaded on February 6, 2009.

10. Attached to this declaration as Exhibit I is a true and correct copy of the Recordation Cover Sheet naming conveying party Software Rights Archive, Inc., and receiving party Software Rights Archive, LLC., dated August 15, 2007.

11. Attached to this declaration as Exhibit J is a true and correct copy of Software Rights Archive, LLC's, Daniel Egger's, and Altitude Capital, L.P.'s Objections and Responses to Subpoena, Part I to Altitude Capital, L.P.

12. Attached to this declaration as Exhibit K is a true and correct copy of a letter dated December 22, 2008 to Juanita R. Brooks et al. from Andrew W. Hayes.

13. Attached to this declaration as Exhibit L is a true and correct copy of a letter dated January 23, 2009 to Lee L. Kaplan and Andrew W. Hayes from Thomas B. Walsh, IV.

14. Attached to this declaration as Exhibit M is a true and correct copy of a Software Rights Archive, LLC's and SRA, LLC's Objections and Responses to Subpoena to SRA, LLC.

15. Attached to this declaration as Exhibit N is a true and correct copy of a letter dated January 22, 2009 to Lee L. Kaplan from Thomas B. Walsh, IV.

16. Attached to this declaration as Exhibit O is a true and correct copy of Defendants' Motion to Quash Plaintiffs' 30(b)(6) Notice of Deposition and for Protection, Docket No. 63 in the California Action.

2

17. Attached to this declaration as Exhibit P is a true and correct copy of Plaintiffs' Opposition to Defendants' Motion to Quash Plaintiffs' 30(b)(6) Notice of Deposition to Defendant Software Rights Archive, LLC and Plaintiffs' Cross-Motion to Compel Production of Documents from Defendant Software Rights Archive, LLC, Docket No. 72 in the California Action, without its exhibits.

18. Attached to this declaration as Exhibit Q is a true and correct copy of an electronic message from Andrew W. Hayes to counsel dated January 29, 2009.

19. Attached to this declaration as Exhibit R is a true and correct copy of a letter dated January 29, 2009 to Thomas B. Walsh, IV et al. from Lee L. Kaplan.

20. Attached to this declaration as Exhibit S is a true and correct copy of Civil Minutes, dated November 14, 2008, Docket No. 45 in the California Action.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in Wilmington, Delaware on February 10, 2009.

_____
Gregory R. Booker (#4784)

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by FEDEX on the following counsel for SRA, LLC, and Altitude Capital Partners, L.P. on February 11, 2009:

Lee Landa Kaplan
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 221-2300
Fax: (713) 221-2320
Email: lkaplan@skv.com

(for SRA, LLC)

Andrew W. Hayes
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, NY 10020-2075
Telephone: (212) 554-3120
Fax: (212) 554-3121

(for Altitude Capital Partners, L.P.)

/s/ Gregory R. Booker
Gregory R. Booker