IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL, LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | Misc. No. 09-017 (UNA) <br><br> PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) <br><br> Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC. <br><br> Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION) <br><br> Civil Action No. 2:07-CV-511 (CE) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel hereby moves the admission *pro hac vice* of Jennifer A. Kash of Quinn Emanuel Urquhart Oliver & Hedges, LLP to represent IAC Search & Media, Inc. and Lycos, Inc. in this matter.

Dated: February 12, 2009

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for IAC Search & Media, Inc. and Lycos, Inc.*

RLF1-3368013-1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>California</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has bee paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 02/11/09

Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2009, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Raymond N. Scott, Jr.
Gregory R. Booker
Fish & Richardson PC
222 Delaware Avenue, 17th Floor
P. O. Box 1114
Wilmington, DE 19899-1114
rscott@fr.com
grb@fr.com

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
mnoreika@mnat.com

I hereby certify that on February 12, 2009, I caused the foregoing document to be sent via electronic mail and Federal Express to the following non-registered participants:

Lee Landa Kaplan
Smyser Kaplan & Veselka
700 Louisiana Street, Suite 2300
Houston, TX 77002
lkaplan@skv.com

Andrew W. Hayes
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, NY 10020-2075
ahayes@hayes-maloney.com

Thomas B. Walsh, IV, Esquire
Fish & Richardson PC
1717 Main Street, Suite 5000
Dallas, TX 75201
walsh@fr.com

Ramon K. Tabtiang, Esquire
Fish & Richardson PC
225 Franklin Street
Boston, MA 02110-2804
tabtiang@fr.com

Juanita Brooks, Esquire
Fish & Richardson PC
12930 El Camino Real
San Diego, CA 92130
brooks@fr.com

Michael A. Jacobs, Esquire
Richard S. J. Hung, Esquire
Francis C. Ho, Esquire
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482
mjacobs@mofo.com
rhung@mofo.com
fho@mofo.com

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com