# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

GOOGLE INC., AOL, LLC, YAHOO! INC., ) 
IAC SEARCH & MEDIA, INC., and LYCOS, ) Misc. No. 09-017 (UNA)
INC., )
 )
 ) PENDING IN THE UNITED STATES
 Plaintiffs, ) DISTRICT COURT FOR THE
 ) NORTHERN DISTRICT OF
 v. ) CALIFORNIA (SAN JOSE DIVISION)
 )
L. DANIEL EGGER, SOFTWARE RIGHTS ) Civil Action No. CV08-03172RMW
ARCHIVE, LLC, and SITE )
TECHNOLOGIES, INC., )
 )
 )
 Defendants. )
SOFTWARE RIGHTS ARCHIVE, LLC, )
 ) PENDING IN THE UNITED STATES
 Plaintiff, ) DISTRICT COURT FOR THE EASTERN
 ) DISTRICT OF TEXAS (MARSHALL
 ) DIVISION)
 v. )
 )
GOOGLE INC., YAHOO! INC., IAC ) Civil Action No. 2:07-CV-511 (CE)
SEARCH & MEDIA, INC., AOL, LLC. And )
LYCOS, INC. )
 )
 )
 Defendants. )

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission *pro hac vice* of Richard S.J. Hung and Michael A. Jacobs of MORRISON & FOERSTER

LLP, 425 Market Street, San Francisco, CA 94105-2482 to represent Yahoo! Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____

Maryellen Noreika (#3208
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9200
mnoreika@mnat.com
*Attorneys for Yahoo! Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

Richard S.J. Hung and Michael A. Jacobs is granted.

Dated: _____       _____
                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: _2·10·09_

_____

Richard S/C Hung (CA Bar No. 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, Ca 94105-2482
Telephone: (415) 268-7000

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: February 11, 2009

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7455

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2009, I electronically filed the foregoing

with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Raymond N. Scott, Jr.
Gregory R. Booker
FISH & RICHARDSON PC

Jeffrey L. Moyer
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on

February 13, 2009, upon the following in the manner indicated:

Lee Landa Kaplan                                               *VIA ELECTRONIC MAIL*
SMYSER KAPLAN & VESELKA
700 Louisiana Street, Suite 2300
Houston, TX  77002
lkaplan@skv.com

Andrew W. Hayes                                               *VIA ELECTRONIC MAIL*
HAYES & MALONEY LLP
1 Rockefeller Plaza, Suite 1005
New York, NY  10020-2075
ahayes@hayes-maloney.com

Thomas B. Walsh, IV                                      *VIA ELECTRONIC MAIL*
FISH & RICHARDSON PC
1717 Main Street, Suite 5000
Dallas, TX  75201
walsh@fr.com

Ramon K. Tabtiang                                        *VIA ELECTRONIC MAIL*
FISH & RICHARDSON PC
225 Franklin Street
Boston, MA  02110-2804
tabtiang@fr.com

Juanita Brooks                                           *VIA ELECTRONIC MAIL*
FISH & RICHARDSON PC
12930 El Camino Real
San Diego, CA  92103
brooks@fr.com

Claude M. Stern
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065

_____
Maryellen Noreika (#3208)