IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Misc. No. 09-017 (JJF) |
| v. | ) ) | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., | ) ) ) ) | NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) |
| Defendants. | ) | Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | ) ) ) | (MARSHALL DIVISION) |
| | ) | Civil Action No. 2:07-CV-511 (CE) |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and that attached certification, undersigned counsel hereby moves the admission *pro hac vice* of Lee L. Kaplan, Kristen L. McKeever, and Narasa R. Duvvuri of Smyser Kaplan & Veselka, L.L.P., 700 Louisiana Street, Suite 2300, Houston, Texas 77002 to represent L. Daniel Egger and Software Rights Archive, LLC in this matter.

PHDATA 3172586_1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Date: 2/19/09

Lee L. Kaplan (Texas Bar No. 11094400)
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Date: __2/19/09__

_____
Kristen L. McKeever (Texas Bar No. 24030775)
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Date: ___2-14-09___

Raj Duvvuri (Texas Bar No. 24054185)
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320

Dated: February 20, 2009                    Respectfully submitted,


                                            By:  /s/ Michael J. Barrie
                                                Michael J. Barrie (#4684)
                                                Schnader Harrison Segal & Lewis LLP
                                                824 N. Market Street, Suite 1001
                                                Wilmington, DE 19801
                                                (302) 888-4554 (telephone)
                                                (302) 888-1696 (facsimile)
                                                mbarrie@schnader.com




## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motion for admission *pro hac vice* of Lee L.

Kaplan, Kristen L. McKeever, and Narasa R. Duvvuri is granted.


Dated: _____        _____
                                            United States District Judge