IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., | )<br>)<br>) |
| Plaintiffs, | ) Misc. No. 09-017 (JJF)<br>) |
| v. | ) PENDING IN THE UNITED STATES<br>) DISTRICT COURT FOR THE |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., | ) NORTHERN DISTRICT OF<br>) CALIFORNIA (SAN JOSE DIVISION)<br>) |
| Defendants. | ) Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) PENDING IN THE UNITED STATES<br>) DISTRICT COURT FOR THE<br>) EASTERN DISTRICT OF TEXAS |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | ) (MARSHALL DIVISION)<br>)<br>) Civil Action No. 2:07-CV-511 (CE) |
| Defendants. | ) |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and that attached certification, undersigned counsel hereby moves the admission *pro hac vice* of Andrew W. Hayes of Hayes & Maloney LLP, 1 Rockefeller Plaza, Suite 1005, New York, NY 10020 to represent Altitude Capital Partners, L.P. in this matter.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 2/19/09

/s/ Andrew W. Hayes
Andrew W. Hayes
HAYES & MALONEY LLP
1 Rockefeller Plaza, Suite 1005
New York, NY 10020
Telephone:   (212) 554-3120
Facsimile:   (212) 554-3121

Dated: February 20, 2009  Respectfully submitted,

By: /s/ Michael J. Barrie
    Michael J. Barrie (#4684)
    Schnader Harrison Segal & Lewis LLP
    824 N. Market Street, Suite 1001
    Wilmington, DE 19801
    (302) 888-4554 (telephone)
    (302) 888-1696 (facsimile)
    mbarrie@schnader.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motion for admission *pro hac vice* of Andrew W. Hayes is granted.

Dated: _____    _____
                                    United States District Judge