IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br>Defendants. | Misc. No. 09-017 (UNA) <br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) <br><br>Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br>Plaintiff, <br><br>v. <br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. <br><br>Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION) <br><br>Civil Action No. 2:07-CV-511 (CE) |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for respondent ("ALTITUDE CAPITAL"), certify that the following are parent corporations or publicly held corporations that own more than 10% of ALTITUDE CAPITAL:

None.

Dated: New York, New York

    March 2, 2009

                HAYES & MALONEY LLP

                */s/ Andrew W. Hayes*
                Andrew W. Hayes
                (Admitted *pro hac vice*)
                1 Rockefeller Plaza, Suite 1005
                New York, NY 10020
                Telephone:   (212) 554-3120
                Facsimile:    (212) 554-3121
                ahayes@hayes-maloney.com

                Attorneys for Respondent
                ALTITUDE CAPITAL PARTNERS, L.P.