# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | Misc. No. 09-017 (JJF) <br><br> PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) <br><br> Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC., <br><br> Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION) <br><br> Civil Action No. 2:07-cv-511 (CE) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Thomas B. Walsh, IV, Juanita Brooks, and Ramon K. Tabtiang to represent GOOGLE INC. and AOL LLC in this matter.

Dated: March 4, 2009           FISH & RICHARDSON P.C.

By: /s/ *Gregory R. Booker*
    Raymond N. Scott, Jr. (# 4949)
    Gregory R. Booker (# 4784)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Fax: (302) 652-0607
    Email: rqs@fr.com
           grb@fr.com
    Attorneys for GOOGLE INC. and AOL LLC

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2009     _____
                                                United States District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____Thom B Walsh, IV_____

Date: _____2-18-09_____

Thomas B. Walsh, IV
Fish & Richardson P.C.
1717 Main Street. Suite 5000
Dallas, TX 75201
Tel: 214 747-5070
Email: walsh@fr.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *Juanita Brooks*

Date: 2-26-09

Juanita Brooks
Fish & Richardson P.C.
12930 El Camino Real
San Diego, CA 92103
Tel: 858 678-4377
Email: brooks@fr.com

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____
Date: 20 Feb 2009

Ramon K. Tabtiang
[Massachusetts Bar No. 663943]
Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts 02110
Tel: (617) 542-5070
Email: tabtiang@fr.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2009, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Maryellen Noreika  *Attorneys for Movant YAHOO! INC*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street,
Wilmington, DE 19801.
Email: mnoreika@mnat.com


Jeffrey L. Moyer  *Attorneys for Movants IAC SEARCH &*
Anne Shea Gaza  *MEDIA, INC. and LYCOS, INC.*
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Email: moyer@rlf.com
Email: gaza@rlf.com

I hereby certify that on March 4, 2009, I caused the foregoing document to be sent by electronic mail and Federal Express to the following non-registered participants:

. Andrew W. Hayes  *Attorneys for Altitude Capital Partners, L.P.*
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, NY 10020-2075
ahayes@hayes-maloney.com

Lee L. Kaplan  
Kristen L. McKeever  
Narasa R. Duvvuri  
Smyser Kaplan & Veselka, L.L.P.  
700 Louisiana St., Suite 2300  
Houston, TX 77002  
Email: lkaplan@skv.com

*Attorneys for SRA, LLC*

*/s/Gregory R. Booker*  
Gregory R. Booker

80074934.doc