IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | Misc. No. 09-017 (JJF) <br><br> PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) <br><br> Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. <br><br> Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION) <br><br> Civil Action No. 2:07-CV-511 (CE) |

## SRA, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that SRA, LLC has no parent corporation and that no publicly held corporation owns ten percent or more of SRA, LLC's stock. SRA, LLC is a privately-held limited liability company.

Respectfully submitted,

By: /s/ Michael J. Barrie
    Michael J. Barrie (#4684)
    Schnader Harrison Segal & Lewis LLP
    824 N. Market Street, Suite 1001
    Wilmington, DE 19801
    (302) 888-4554 (telephone)
    (302) 888-1696 (facsimile)
    mbarrie@schnader.com

    COUNSEL FOR SRA, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2009, I caused the foregoing document to be sent via electronic mail and U.S. Mail to the following:

Andrew W. Hayes
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, NY 10020-2075
ahayes@hayes-maloney.com

Ramon K. Tabtiang
Fish & Richardson PC
225 Franklin Street
Boston, MA 02110-2804
Tabtiang@fr.com

Thomas B. Walsh, IV
Fish & Richardson, PC
1717 Main Street, Suite 5000
Dallas, Texas 75201
walsh@fr.com

Raymond N. Scott, Jr.
Gregory R. Booker
Fish & Richardson PC
222 Delaware Avenue, 17th Floor
P. O. Box 1114
Wilmington, DE 19899-1114
rscott@fr.com
grb@fr.com

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
mnoreika@mnat.com

Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
moyer@rlf.com
gaza@rlf.com

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mnoreika@mnat.com

/s/ Michael J. Barrie
Michael J. Barrie