IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., | MISC NO. 09-00017-JJF |
| Plaintiffs, | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) |
| v. | |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., | Civil Action No. CV08-03172RMW |
| Defendants. | |
| SOFTWARE RIGHTS ARCHIVE, LLC, | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION) |
| Plaintiff, | |
| v. | |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC., | Civil Action No. 2:07-cv-511 (CE) |
| Defendants. | |

**DECLARATION OF ANNE SHEA GAZA IN SUPPORT OF GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS BY THIRD PARTIES SRA, LLC AND ALTITUDE CAPITAL PARTNERS, L.P. PURSUANT TO RULE 45 SUBPOENAS**

I, Anne Shea Gaza, declare as follows:

1.     I am counsel at Richards, Layton & Finger, P.A. I submit this declaration in

support of Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc., and Lycos, Inc.'s

Motion to Compel the Production of Documents by Third Parties SRA, LLC and Altitude

Capital Partners, L.P. Pursuant to Rule 45 Subpoenas. If called as a witness, I could and would

testify competently to the matters set forth herein.

Dockets.Justia.com

2.     Attached to this declaration as Exhibit T is a true and correct copy of Software Rights Archive, LLC's Objections and Responses to Plaintiffs' First Set of Requests For Production of Documents and Things.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in Wilmington, Delaware on March 12, 2009.

Anne Shea Gaza (Bar No. 4093)

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2009, I caused to be served by **electronic mail and hand delivery** the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Michael J. Barrie
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801
mbarrie@schnader.com

I hereby certify that on March 12, 2009, I caused to be sent by **electronic mail and Federal Express** the foregoing document to the following non-registered participants:

Lee Landa Kaplan
Smyser Kaplan & Veselka
700 Louisiana St., Suite 2300
Houston, TX 77002
lkaplan@skv.com

Andrew W. Hayes
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, N.Y. 10020-2075
ahayes@hayes-maloney.com

Anne Shea Gaza (#4093)
gaza@rlf.com