IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., | |
| Plaintiffs, | Misc. No. 09-017 (JJF) |
| v. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., | |
| Defendants. | Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, | |
| Plaintiff, | |
| v. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION) |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | |
| Defendants. | Civil Action No. 2:07-CV-511 (CE) |

**JOINDER OF ALTITUDE CAPITAL PARTNERS, L.P.
IN SRA, LLC'S OPPOSITION TO MOVANTS' REQUEST FOR
<u>ORAL ARGUMENT FOR MOTION TO COMPEL</u>**

Altitude Capital Partners, L.P. ("Altitude") hereby joins with and incorporates by reference herein SRA, LLC'S Opposition to Movants' Request for Oral Argument for Motion to Compel, and opposes Movants' request for oral argument in this ancillary matter seeking to

compel documents from non-parties SRA, LLC and Altitude Capital Partners, L.P. ("Respondents").[1]

Date: March 16, 2009  Respectfully submitted,

By: /s/ Michael J. Barrie
Michael J. Barrie (#4684)
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)
mbarrie@schnader.com

-and-

Andrew W. Hayes (admitted *pro hac vice*)
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, NY 10020
(212) 554-3120 (telephone)
(212) 554-3121 (facsimile)

ATTORNEYS FOR ALTITUDE CAPITAL PARTNERS, L.P.

---

[1] While Altitude conferred with Movants' counsel regarding convenient dates for oral argument, as Movants note, Altitude did not and does not agree that oral argument would be necessary or appropriate in this matter.