IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | MISC NO. 09-017 (JJF) <br><br> PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) <br><br> Civil Action No. CV08-03172RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC., <br><br> Defendants. | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION) <br><br> Civil Action No. 2:07-cv-511 (CE) |

<u>NOTICE OF RECENT DECISION</u>

Pursuant to Local Rule 7.1.2(b), Movants Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL LLC, and Lycos, Inc. (collectively, "Movants") submit this Notice of Recent Decision in order to complete the record and respectfully show the Court as follows:

1.     On May 1, 2009, non-party Altitude Capital Partners, L.P. ("Altitude") filed a "Notice of Development in Related Cases"[1] to inform the Court of two recent decisions in two

---

[1] D.I. 25 ("Notice").

related cases in the United States District Court for the Eastern District of Texas (Marshall Division) and the United States Bankruptcy Court for the Northern District of California (San Jose Division). In its Notice, Altitude contended that these decisions "provide further support for its position that the discovery [sought from SRA, LLC and Altitude] is improper or moot."

2. Altitude's Notice, however, failed to advise the Court of the most recent decision affecting these parties that was issued from another related case in the United States District Court for the Northern District of California (San Jose Division).[2] In this decision, dated April 30, 2009, and attached as Exhibit 1, Judge Whyte granted Movants' motion to compel discovery from Software Rights Archive, LLC and denied Software Rights Archive's motion to quash Movants' Rule 30(b)(6) deposition notice of Software Rights Archive. Notably, Judge Whyte issued this order *after* he had been advised of the Texas decision and *after* the bankruptcy case had already been closed.

3. Judge Whyte's April 30, 2009 decision confirms that Movants' motion to compel discovery from SRA, LLC and Altitude[3] should be granted. Judge Whyte's order, which authorized discovery from Software Rights Archive, LLC, confirms that discovery from non-parties SRA, LLC and Altitude is neither "improper" nor "moot," as Altitude claims.

4. As reflected in Exhibit 1, Movants' response in opposition to a motion to dismiss, transfer, or stay pending before Judge Whyte in the Northern District of California is now due on Friday, May 29, 2009. Accordingly, for the same reasons set forth in our Motion to Compel, resolution of the pending motion is needed in advance of this May 29, 2009 deadline.

---

[2] Case No. 08-CV-3172, D.I. 112.
[3] D.I. 1 (Movants' Motion to Compel the Production of Documents by SRA, LLC and Altitude Capital Partners, L.P. Pursuant to Rule 45 Subpoenas).

2

Dated: May 5, 2009

Respectfully submitted,

By: /s/ Gregory R. Booker

Attorneys for Movants GOOGLE INC. and AOL LLC

FISH & RICHARDSON PC

Raymond N. Scott, Jr. (#4949)
Gregory R. Booker (#4784)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Fax: (302) 652-0607
Email: RQS@fr.com
       GRB@fr.com


By: /s/ Maryellen Noreika

Attorneys for Movant YAHOO! INC.

Maryellen Noreika (#3208),
Morris, Nichols, Arsht & Tunnell LLP,
1201 N. Market Street,
Wilmington, DE 19801.
Telephone: 302-658-9200
Fax: 302-658-3989
Email: mnoreika@mnat.com


By: /s/ Anne Shea Gaza

Attorneys for Movants IAC SEARCH & MEDIA, INC.
and LYCOS, INC.

Jeffrey L. Moyer (Bar. No. 3309)
Anne Shea Gaza (Bar. No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: moyer@rlf.com

3

Email: gaza@rlf.com

Of counsel:

Claude M. Stern (admitted *pro hac vice*)
Jennifer A. Kash (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by FEDEX on the following counsel for SRA, LLC and Altitude Capital Partners, L.P. on May 5, 2009:

>Lee Landa Kaplan
>Smyser Kaplan & Veselka
>700 Louisiana St., Suite 2300
>Houston, TX 77002
>Telephone: (713) 221-2300
>Facsimile: (713) 221-2320
>Email: lkaplan@skv.com
>
>(for SRA, LLC)
>
>Andrew W. Hayes
>Hayes & Maloney LLP
>1 Rockefeller Plaza, Suite 1005
>New York, N.Y. 10020-2075
>Tel 212-554-3120
>Fax 212-554-3121
>
>(for Altitude Capital Partners, L.P.)

/s/ Anne Shea Gaza
Anne Shea Gaza