UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., LAC SEARCH & MEDIA, INC., and LYCOS, INC., | ) ) ) ) | Misc No. 09-017 (JJF)<br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. CV08-03172RMW |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| SOFTWARE RIGHTS ARCHIVE, LLC, | ) ) | |
| Plaintiff, | ) ) | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS (MARSHALL DIVISION) |
| vs. | ) ) | |
| GOOGLE INC., AOL LLC, YAHOO! INC., LAC SEARCH & MEDIA, INC., and LYCOS, INC., | ) ) ) ) | CIVIL ACTION NO. 2:07-CV-511 (CE) |
| Defendants. | ) ) | |

## Response to Plaintiff's May 5, 2009 Notice of Recent Decision

Pursuant to Local Rule 7.1.2(b), non-party Altitude Capital Partners, L.P. ("Altitude")

responds to the May 5, 2009 Notice of Recent Decision[1] filed by the Movants in this proceeding:

1.      The order attached to Movants' Notice (from the United States District Court for the

Northern District of California[2]) does not support, and in fact significantly undermines, Plaintiff's

arguments before this Court for kitchen-sink discovery from non-party Altitude.  The grounds on

which discovery was granted and the scope of the discovery allowed, are significantly narrower

than the wide-ranging discovery being sought here in Delaware.

---

[1] D.I. 25 (the "Notice")
[2] Case No. 08-CV-3172, D.I. 112.

2. Moreover, the Order also makes clear that Movants are now able to obtain whatever discovery they are legitimately entitled to in the California action from Software Rights Archive, LLC, the actual owner of the patents, making any Discovery here redundant.

Date: May 8, 2009              Respectfully submitted,

By:    /s/ Michael J. Barrie                 
        Michael J. Barrie (#4684)
        Schnader Harrison Segal & Lewis LLP
        824 N. Market Street, Suite 1001
        Wilmington, DE 19801
        (302) 888-4554 (telephone)
        (302) 888-1696 (facsimile)
        mbarrie@schnader.com

        -and-

        Andrew W. Hayes (admitted *pro hac vice*)
        Hayes & Maloney LLP
        1 Rockefeller Plaza, Suite 1005
        New York, NY 10020
        (212) 554-3120 (telephone)
        (212) 554-3121 (facsimile)

        ATTORNEYS FOR ALTITUDE CAPITAL
        PARTNERS, L.P.