IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | : |
| | : Misc. No. 09-017-JJF |
| Plaintiff, | : |
| | : PENDING IN THE UNITED STATES |
| v. | : DISTRICT COURT FOR THE |
| | : EASTERN DISTRICT OF TEXAS |
| GOOGLE INC., YAHOO! INC., IAC | : (MARHSALL DIVISION) |
| SEARCH & MEDIA, INC., AOL LLC and | : |
| LYCOS, INC., | : C.A. No. 2:07-CV-511 (CE) |
| | : |
| Defendants. | : |
| | : |
| GOOGLE INC., YAHOO! INC., IAC | : |
| SEARCH & MEDIA, INC., AOL LLC and | : |
| LYCOS, INC., | : |
| | : |
| Plaintiff, | : PENDING IN THE UNITED STATES |
| | : DISTRICT COURT FOR THE |
| v. | : NORTHERN DISTRICT OF |
| | : CALIFORNIA (SAN JOSE |
| L. DANIEL EGGER, SOFTWARE RIGHTS | : DIVISION) |
| ARCHIVE, LLC, and SITE | : |
| TECHNOLOGIES, INC., | : C.A. No. CV08-03172RMW |
| | : |
| Defendants. | : |

At Wilmington, this 21 day of May 2009, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc., and Lycos, Inc.'s Motion To Compel The Production Of Documents By Third Parties SRA, LLC And Altitude Capital Partners L.P. Pursuant To Rule 45 Subpoenas (D.I. 1) is **GRANTED**.

2.  To the extent Respondents have documents responsive to Movants' discovery requests in their possession, custody or control, they shall be produced within thirty (30) days of this Order.

3.  To the extent Respondents contend certain documents are privileged, a corresponding privilege log shall be produced within thirty (30) days of this Order.

May     , 2009
DATE

UNITED STATES DISTRICT JUDGE